1 | **STALWART LAW GROUP**
Dylan Ruga (SBN 235969)
Ji-In Lee Houck (SBN 280088)
David M. Angeloff (SBN 272929)
1100 Glendon Avenue, Suite 1840
Los Angeles, CA 90024
Telephone: (310) 954-2000
*dylan@stalwartlaw.com*
*jiin@stalwartlaw.com*
*david@stalwartlaw.com*

Attorneys for Plaintiffs
CYBER DEFENSE GROUP, LLC and
IN THE MIX PROMOTIONS, INC.

**GREENBERG TRAURIG, LLP**
Robert J. Herrington (SBN 234417)
Karin L. Bohmholdt (SBN 234929)
1840 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
*herringtonr@gtlaw.com*
*bohmholdtk@gtlaw.com*

Attorneys for *Specially Appearing* Defendants
JPMORGAN CHASE & CO. and
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYBER DEFENSE GROUP, LLC, a California limited liability company, and IN THE MIX PROMOTIONS, INC., a California corporation, individually and on behalf of a class of similarly situated businesses and individuals,<br><br>      Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A.; and DOES 1-10, inclusive,<br><br>      Defendants. | CASE NO. 2:20-cv-03589-AB-JEM<br><br>[Hon. André Birotte Jr.]<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:      April 19, 2020<br>Trial Date:         None Set |

Pursuant to the Court's July 13, 2020 Order, Plaintiffs Cyber Defense Group, LLC and In The Mix Promotions, Inc., on the one hand, and Specially Appearing Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., on the other hand, hereby submit this Joint Status Report.

The parties intend to file a Stipulated Request for Dismissal with Prejudice by the end of the week.

DATED: July 22, 2020                    Respectfully submitted,

                                                    STALWART LAW GROUP

By:  /s/ *Dylan Ruga*
Dylan Ruga
Attorneys for Plaintiffs
CYBER DEFENSE GROUP, LLC and
IN THE MIX PROMOTIONS, INC.

DATED: July 22, 2020                    Respectfully submitted,

                                                    GREENBERG TRAURIG, LLP

By:  /s/ *Karin L. Bohmholdt*
Karin L. Bohmholdt
Attorneys for *Specially Appearing* Defendants
JPMORGAN CHASE & CO. and
JPMORGAN CHASE BANK, N.A.

I, Karin L. Bohmholdt, am the ECF user whose identification and password are being used to file this Stipulation. Pursuant to Local Rule 5-4.3.4.(a)(2)(i), I hereby attest that all other signatories to this document, on whose behalf this filing is submitted, have concurred in its content and have authorized the filing.

                                                    /s/ *Karin L. Bohmholdt*
                                                    Karin L. Bohmholdt